UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROSEMARY BLAKES,

               Plaintiff,

v.                                         Case Number: 2:11-cv-15109
                                         Honorable Arthur J. Tarnow

JOE BAKER,

               Defendant.

_____/

## ORDER TRANSFERRING CASE TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF ARKANSAS

Before the Court is Plaintiff Rosemary Blakes's civil rights complaint, filed under 42 U.S.C. § 1983. Plaintiff is an Arkansas state prisoner currently incarcerated by the Arkansas Department of Corrections at the McPherson Women's Unit in Newport, Arkansas. Plaintiff alleges that she has been falsely arrested. The incidents described occurred in West Memphis, Arkansas. The named defendant is a police officer.

The proper venue for civil actions in which jurisdiction is not based on diversity of citizenship is the judicial district where: (1) any defendant resides if all defendants reside in the same state; (2) a substantial part of the events or omissions giving rise to the claim occurred or a substantial part of the property in question is situated; or (3) any defendant may be found if there is no other district in which plaintiff may bring the action. 28 U.S.C. § 1391(b). Public officials "reside" in the county where they serve. *See O'Neill v. Battisti*, 472 F.2d 789, 791 (6th Cir. 1972). Pursuant to 28 U.S.C. § 1404(a), a district

court may transfer a civil action to any other district where it might have been brought for the convenience of the parties and witnesses, in the interest of justice.

Having reviewed the complaint, the Court finds that the United States District Court for the Eastern District of Arkansas, located at 600 West Capitol Avenue in Little Rock, Arkansas, is a more appropriate forum for this action. Defendant is incarcerated in Newport, Arkansas, which is in Jackson County, Arkansas, for purposes of the present complaint. *See* 28 U.S.C. § 102(b).

Accordingly, the Court ORDERS the Clerk of the Court to transfer this case to the United States District Court for the Eastern District of Arkansas, located at 600 West Capitol Avenue in Little Rock, Arkansas 72201. 28 U.S.C. §§ 1391(b) and 1404(a).

s/Arthur J. Tarnow
ARTHUR J. TARNOW
UNITED STATES DISTRICT JUDGE

DATED: November 22, 2011

2